UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAMERON L., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-00680-SSS (DTB) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein.

  The Report recommends that the denial of Plaintiff's application for disability benefits be reversed and that the matter be remanded to the agency for further proceedings. [Dkt. 26]. The Commissioner's objections to the Report, Dkt. 30, do not merit a change to the Report's findings or recommendation.

  The Commissioner objects that the Administrative Law Judge ("ALJ") was not required to discuss the function report completed by a lay witness, Plaintiff's

1

mother, about Plaintiff's symptoms and limitations. [Dkt. 30 at 3-9]. The Court agrees with the Report that, even under revised agency regulations from 2017, the ALJ still was required to provide germane reasons for discounting testimony from a lay witness or nonmedical source. [Dkt. 26 at 11-12 (citing cases)]. The Commissioner admits that ALJs still should discuss nonmedical evidence in at least some cases. [Dkt. 30 at 6]. The Court agrees with the Report that the failure to consider and discuss the lay witness statement was erroneous. [Dkt. 26 at 13].

The Commissioner objects, in the alternative, that any failure to discuss the lay witness's function report was harmless error. [Dkt. 30 at 9-13]. The Court agrees with the Report that the error was not harmless. [Dkt. 26 at 14-15]. Plaintiff's mother made unique statements, which Plaintiff himself did not make, describing Plaintiff's problems with cognitive functioning, confusion, forgetfulness, short attention, and anxiety. [*Id*. at 14; *see also* Dkt. 11-3 at 54-61; Dkt. 11-7 at 25-32]. Thus, the reasons that the ALJ gave to discount Plaintiff's testimony did not apply with equal force to the statements of Plaintiff's mother. [Dkt. 26 at 14-15].

Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered reversing the decision of the Commissioner and remanding this action for further proceedings.

Dated: July 21, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge