JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAMERON L., | Case No. 5:24-cv-00680-SSS (DTB) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

   In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this action is remanded for further proceedings.

Dated: July 21, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge